UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 12002 NMG  RGS

NEISHA MARIE CINTRON and
LUZMAYRA HEREDIA, ppa
OLGA HNEREDIA,
    Plaintiffs

v.

MAURICE SPEAR, LINDA SPEAR and
ROSEMARY CHARNLEY, Individually
And as Trustee of BJS Nominee Trust,
    Defendants

MAGISTRATE JUDGE Bowler

CIVIL ACTION

NO:_____

RECEIPT # 58730
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1____
WAIVER FORM____
MCF ISSUED____
BY DPTY. CLK. ____
DATE 9/16/04

## NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. § 1441, the defendant, ROSEMARY CHARNLEY, hereby requests that this action be removed from the Commonwealth of Massachusetts Housing Court Department for Hampden County, and reentered in the United States District Court for the District Court of Massachusetts. As grounds for this Notice of Removal, the Defendant states as follows:

### PARTIES

1.     The minor plaintiff, NEISHA MARIE CINTRON, is a citizen of the Commonwealth of Massachusetts.

2.     The minor plaintiff, LUZMAYRA HEREDIA, is a citizen of the Commonwealth of Massachusetts.

3.     Upon information and belief, the plaintiff, OLGA HEREDIA, is a citizen of the Commonwealth of Massachusetts.

4.     The defendant, MAURICE SPEAR, is a citizen of the Commonwealth of Massachusetts.

5.     The defendant, LINDA SPEAR, is a citizen of the Commonwealth of Massachusetts.

6.     The defendant, ROSEMARY CHARNLEY, individually and as Trustee of BJS Nominee Trust, is a citizen of the State of Maine.



**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

SAMUEL M. FURGANG
furgang@srbc.com

September 2, 2004

John J. Regan, Esquire
Dolan & Regan
23 Central Avenue
Lynn, MA 01901

    Re:    *Neisha Marie Cintron, et al. v. Maurice Spear, et al.*

Dear Mr. Regan:

    Enclosed please find the documents we discussed in our phone conversation earlier today.

    Thank you.

                    Very truly yours,

                    Samuel M. Furgang

SMF/gv
Enclosures

353741

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                HOUSING COURT DEPARTMENT
                                            CIVIL ACTION NO. 02-CV-0001

NEISHA MARIE CINTRON and        )
LUZMAYRA HEREDIA, ppa           )
OLGA HEREDIA                    )
Plaintiffs                      )
                                )
V.                              )
                                )
MAURICE SPEAR, LINDA SPEAR and  )
ROSEMARY CHARNLEY, Individually )
and as Trustee of BJS NOMINEE TRUST )
Defendants

## AMENDED COMPLAINT

### INTRODUCTION

This is an action to recover damages suffered by the minor plaintiffs, Neisha Cintron and Luzmayra Heredia, as a result of the lead poisoning he suffered while residing in property owned, managed, and/or controlled by the defendants.

### PARTIES

1. The minor plaintiff, Neisha Cintron, date of birth August 29, 1990, currently resides in Springfield, Massachusetts.

2. The minor plaintiff, Luzmayra Heredia, date of birth May 27, 1994, currently resides in Springfield, Massachusetts.

3. Upon information and belief, the defendant, Maurice Spear, resides in Holyoke, Massachusetts.

4. Upon information and belief, the defendant, Linda Spear, resides in Holyoke, Massachusetts.

2

5. Upon information and belief, the defendant, Rosemary Charnley, individually and as Trustee of BJS Nominee Trust, resides in Holyoke, Massachusetts.

## FACTS

6. The minor plaintiffs resided at 128 Beech Street, 1st floor, Holyoke, Massachusetts, from February 1994 through June 1995.

7. At all times relevant hereto, the defendants, Maurice Spear and Linda Spear, owned and/or managed the premises at 128 Beech Street, 1st floor, Holyoke, Massachusetts.

8. The minor plaintiffs resided at 183 Suffolk Street, 1st floor, Holyoke, Massachusetts, from June 1995 through December 1998.

9. At all times relevant hereto, the defendants, Maurice Spear, Linda Spear and Rosemary Charnley, individually and as Trustee of BJS Nominee Trust, owned and/or managed 183 Suffolk Street, 1st floor, Holyoke, Massachusetts.

10. Prior to, at the inception of and throughout the plaintiffs' residency at 128 Beech Street, 1st floor, Holyoke, Massachusetts, the rented premises had a level of lead in the paint, plaster, and/or other accessible material on the interior and exterior surfaces that was hazardous to the health and well-being of its inhabitants. (Hereinafter references to "lead paint" are to be considered as including paint, plaster, putty and other materials containing lead in the subject apartment, common areas, and interior and exterior surfaces of the building referred to herein.)

11. Prior to, at the inception of and throughout the plaintiffs' residency at 183 Suffolk Street, 1st floor, Holyoke, Massachusetts, the rented premises had a level of lead in the paint, plaster, and/or other accessible material on the interior and exterior surfaces that was hazardous to the health and well-being of its inhabitants. (Hereinafter references to "lead paint" are to be considered as including paint, plaster, putty and other materials containing lead in the subject apartment, common areas, and interior and exterior surfaces of the building referred to herein.)

12. Prior to, at the inception of and throughout the plaintiffs' residency at 128 Beech Street, 1st floor, Holyoke, Massachusetts, the defendants, Maurice Spear and Linda Spear, knew or had reason to know that children under six years of age are susceptible to irreparable injury from lead paint poisoning.

13. Prior to, at the inception of and throughout the plaintiffs' residency at 183 Suffolk Street, 1st floor, Holyoke, Massachusetts, the defendants, Maurice Spear, Linda Spear and Rosemary Charnley, individually and as Trustee of BJS Nominee Trust, knew or had reason to know that children under six years of age are susceptible to irreparable injury from lead paint poisoning.

14. Prior to, at the inception of and throughout the plaintiffs' residency at 128 Beech Street, 1st floor, Holyoke, Massachusetts, the defendants, Maurice Spear and Linda Spear, knew or had reason to know that said premises contained levels of lead paint that were hazardous to the health and well being of the inhabitants.

15. Prior to, at the inception of and throughout the plaintiffs' residency at 183 Suffolk Street, 1st floor, Holyoke, Massachusetts, the defendants, Maurice Spear, Linda Spear and Rosemary Charnley, individually and as Trustee of BJS Nominee Trust, knew or had reason to know that said premises contained levels of lead paint that were hazardous to the health and well being of the inhabitants.

16. Prior to renting to the plaintiffs and throughout the plaintiffs' residency at 128 Beech Street, 1st floor, Holyoke, Massachusetts, the defendants, Maurice Spear and Linda Spear, failed to inspect for and/or remove dangerous and illegal levels of lead in the paint, plaster and other accessible material in the premises.

17. Prior to renting to the plaintiffs and throughout the plaintiffs' residency at 183 Suffolk Street, 1st floor, Holyoke, Massachusetts, the defendants, Maurice Spear, Linda Spear and Rosemary Charnley, individually and as Trustee of BJS Nominee Trust, failed to inspect for

4

and/or remove dangerous and illegal levels of lead in the paint, plaster and other accessible material in the premises.

18. Prior to renting the premises at 128 Beech Street, 1st floor, Holyoke, Massachusetts, to the plaintiffs and throughout the plaintiff's residency, the defendants, Maurice Spear and Linda Spear, failed to disclose to the plaintiffs the fact that dangerous levels of lead were present in said premises.

19. Prior to renting the premises at 183 Suffolk Street, 1st floor, Holyoke, Massachusetts, to the plaintiffs and throughout the plaintiff's residency, the defendants, Maurice Spear, Linda Spear and Rosemary Charnley, individually and as Trustee of BJS Nominee Trust, failed to disclose to the plaintiffs the fact that dangerous levels of lead were present in said premises.

20. During the time that the plaintiffs resided at 128 Beech Street, 1st floor, Holyoke, Massachusetts, they suffered from lead poisoning.

21. During the time that the plaintiffs resided at 183 Suffolk Street, 1st floor, Holyoke, Massachusetts, they suffered from lead poisoning.

22. As a direct, foreseeable, and immediate result of the defendants' conduct, the plaintiffs, Neisha Cintron and Luzmayra Heredia, were found to have high and dangerous levels of lead in their blood, requiring painful and repeated medical examinations, tests and treatments which have caused them and will continue to cause them past and present anxiety, mental distress and fear.

23. As a direct, foreseeable, and immediate result of the defendants' conduct, the plaintiffs, Neisha Cintron and Luzmayra Heredia, suffered injuries which have affected and retarded and which will continue to affect and retard their educational, social, vocational and intellectual development and which will result in diminished earning capacity over the course of

5

their lives. In addition, they have incurred and will incur medical and other expenses as a direct result of the defendants' conduct.

FIRST CLAIM: Violation of Lead Paint Act (G.L. c. 111, secs. 190 et seq.

24. Plaintiffs reallege each of the allegations contained in paragraphs 1 through 23 above, and, incorporating them herein, states the defendants violated their duty pursuant to G.L. c. 111, secs. 190 et seq.

25. As a direct, foreseeable, and immediate result of these violations, the plaintiffs have suffered damages as stated in paragraphs 22 and 23 above.

26. Moreover, the defendants failed to satisfactorily correct or remove the dangerous lead paint conditions at the premises at 128 Beech Street, 1st floor, Holyoke, Massachusetts. The plaintiffs are therefore entitled, in addition, to recover punitive damages against the defendants, Maurice Spear and Linda Spear, pursuant to M.G.L. c. 111, sec. 199 in the amount of three (3) times the actual damages suffered by the plaintiffs.

27. Moreover, the defendants failed to satisfactorily correct or remove the dangerous lead paint conditions at the premises at 183 Suffolk Street, 1st floor, Holyoke, Massachusetts. The plaintiffs are therefore entitled, in addition, to recover punitive damages against the defendants, Maurice Spear, Linda Spear and Rosemary Charnley, individually and as Trustee of BJS Nominee Trust, pursuant to M.G.L. c. 111, sec. 199 in the amount of three (3) times the actual damages suffered by the plaintiffs.

SECOND CLAIM: Interference with Quiet Enjoyment (G.L. c. 186, sec. 14)

28. Plaintiffs reallege each of the allegations contained in paragraphs 1 through 27 above, and, incorporating them herein, states that the defendants violated their statutory duty pursuant to G.L. c. 186, sec. 14.

21. As a direct, foreseeable, and immediate result of each of these violations, the plaintiff suffered damages as stated in paragraphs 22 and 23 above.

## PRAYERS

WHEREFORE, the plaintiff prays that this Honorable Court:

1. Grant judgment for the plaintiffs and award damages under each claim as follows:

    a. Under Count One, award the plaintiffs all damages suffered as against the defendants, and for failing to satisfactorily correct or remove the lead paint hazards, award the plaintiffs an additional three times all damages suffered.

    b. Under Count Two, award the plaintiffs all damages suffered.

2. Award the plaintiff costs of this suit and attorney's fees pursuant to G.L. c. 186, sec. 14.

3. Grant whatever further relief this court deems just and proper.

Respectfully Submitted,
The Plaintiffs,
By Their Attorneys,

Dated: 5/12/04

Benjamin Hiller, Esquire
BBO #234660
Edmund P. Daley, Esquire
BBO #112500
MOQUIN & DALEY, P.A.
388 Commonwealth Avenue
Boston, MA 02215
(617) 536-0606

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

5/12/04

## MOQUIN & DALEY
### ATTORNEYS AT LAW
### 388 COMMONWEALTH AVENUE
### BOSTON, MASSACHUSETTS 02215

EDMUND P. DALEY
RICHARD C. MOQUIN*
THOMAS W. BRAUN
TERRENCE J. DALEY
BENJAMIN R. HILLER
THEODORE R. WHITTENBURG
JOANNE C. LOCKE
EDWARD H. MOQUIN*
ELIZABETH R. JONES*
EUGENE D. LOO*
JONI N. ESPERIAN
MARGARET PRESCOTT*

TEL 617-536-0606
FAX 617-421-9153
MA 800-457-1006

JOHN A. DURKI
OF COUNSEL

*NH ONLY

August 30, 2004

Keeper of Records
Brochu Insurance Inc.
725 Grattan St,
Chicopee, MA 01020

RE: Heredia et al v. Spear et al
Hampden Housing Court C.A. No. 02-CV-0001

Dear Sir or Madam,

We represent the defendants, Neisha Marie Cintron and Luzmayra Heredia, in the above-referenced action. Attached to this letter is a subpoena requiring you to produce documents relating to Maurice Spear, Rosemary Charnley, Enviroserve, Spear Properties, BJS Trust, KMS Realty Trust, Exchange Management, Kathy Spear, 128 Beech Street, Holyoke, and 183 Suffolk Street, Holyoke. The date of this deposition is September 13, 2004 at 10:00 am at our offices. **However, we will not require your actual appearance at the deposition if you provide us with a copy of the records.**

Please contact me upon receipt of the subpoena if you have any questions or comments concerning the subpoena or the contents of this letter.

Thank you for your attention to this matter.

Very Truly Yours,

Benjamin Hiller

CC: Michael Moriarty, Esq.
Samuel Furgang, Esq.

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| HAMPDEN, SS. | HOUSING COURT DEPARTMENT<br>CIVIL ACTION NO. 02-CV-0001 |

NEISHA MARIE CINTRON and )
LUZMAYRA HEREDIA, ppa )
OLGA HEREDIA )
Plaintiffs )
                                      )      **M.R.C.P.**
V.                                )    **RULE 30(A) AND RULE 45**
                                      )
MAURICE SPEAR, LINDA SPEAR and )
ROSEMARY CHARNLEY, Individually )
and as Trustee of BJS NOMINEE TRUST )
Defendants

To:    Keeper of Records
         Brochu Insurance Inc.
         725 Grattan St,
         Chicopee, MA 01020

GREETINGS:

**YOU ARE HEREBY COMMANDED** in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendants, Neisha Marie Cintron and Luzmayra Heredia, before a Notary Public of the Commonwealth of Massachusetts, at the office of **MOQUIN AND DALEY**, Attorney **Benjamin Hiller**, No. **388 Commonwealth Avenue**, in the city of **Boston**, on **September 13, 2004**, at **10:00 am**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

*And you are further required to bring with you any and all documents that relate in any way to Maurice Spear, Rosemary Charnley, Enviroserve, Spear Properties, BJS Trust, KMS Realty Trust, Exchange Management, Kathy Spear, 128 Beech Street, Holyoke, and 183 Suffolk Street, Holyoke.

**IN LIEU OF A PERSONAL APPEARANCE, COPIES OF THESE RECORDS MAY BE MAILED WITH A LETTER CERTIFYING THAT SAME ARE TRUE AND CORRECT COPIES OF ALL REPORTS AND RECORDS ON FILE.**

**HEREOF FAIL NOT AS YOU WILL ANSWER YOUR DEFAULT UNDER THE PAINS AND PENAL PENALTIES IN THE LAW IN THAT BEHALF MADE AND PROVIDED.**

Dated: 8/30/04

_____  
Edmund P. Daley  
BBO #112500  
Benjamin Hiller  
BBO #234660  
Moquin & Daley  
388 Commonwealth Avenue  
Boston, MA 02215  
617-536-0606

_____  
NOTARY PUBLIC  
My Commission Expires:  
10/15/04



**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 8/30/04   _____

# MOQUIN & DALEY
### ATTORNEYS AT LAW
### 388 COMMONWEALTH AVENUE
### BOSTON, MASSACHUSETTS 02215

EDMUND P. DALEY
RICHARD C. MOQUIN*
THOMAS W. BRAUN
TERRENCE J. DALEY
BENJAMIN R. HILLER
THEODORE R. WHITTENBURG
JOANNE C. LOCKE
EDWARD H. MOQUIN*
ELIZABETH R. JONES*
EUGENE D. LOO*
JONI N. ESPERIAN
MARGARET PRESCOTT*

TEL. 617-536-0606
FAX 617-421-9153
MA 800-457-1006

JOHN A. DURKIN
OF COUNSEL

*NH ONLY

August 30, 2004

Keeper of Records
Ross Insurance
150 Lower Westfield Rd
Holyoke, MA 01040

RE:   <u>Heredia et al v. Spear et al</u>
      Hampden Housing Court C.A. No. 02-CV-0001

Dear Sir or Madam,

We represent the defendants, Neisha Marie Cintron and Luzmayra Heredia, in the above-referenced action. Attached to this letter is a subpoena requiring you to produce documents relating to Maurice Spear, Rosemary Charnley, Enviroserve, Spear Properties, BJS Trust, KMS Realty Trust, Exchange Management, Kathy Spear, 128 Beech Street, Holyoke, and 183 Suffolk Street, Holyoke. The date of this deposition is September 13, 2004 at 10:00 am at our offices. **However, we will not require your actual appearance at the deposition if you provide us with a copy of the records.**

Please contact me upon receipt of the subpoena if you have any questions or comments concerning the subpoena or the contents of this letter.

Thank you for your attention to this matter.

Very Truly Yours,

Benjamin Hiller

CC:   Michael Moriarty, Esq.
      Samuel Furgang, Esq.

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| HAMPDEN, SS. | HOUSING COURT DEPARTMENT<br>CIVIL ACTION NO. 02-CV-0001 |

NEISHA MARIE CINTRON and )
LUZMAYRA HEREDIA, ppa )
OLGA HEREDIA )
Plaintiffs )
                                  )      **M.R.C.P.**
V.                                 )      **RULE 30(A) AND RULE 45**
                                  )
MAURICE SPEAR, LINDA SPEAR and )
ROSEMARY CHARNLEY, Individually )
and as Trustee of BJS NOMINEE TRUST )
Defendants

To:    Keeper of Records
        Ross Insurance
        150 Lower Westfield Rd
        Holyoke, MA 01040

GREETINGS:

**YOU ARE HEREBY COMMANDED** in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendants, Neisha Marie Cintron and Luzmayra Heredia, before a Notary Public of the Commonwealth of Massachusetts, at the office of **MOQUIN AND DALEY**, Attorney **Benjamin Hiller**, No. **388 Commonwealth Avenue**, in the city of **Boston**, on **September 13, 2004**, at **12:00 am**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

*And you are further required to bring with you any and all documents that relate in any way to Maurice Spear, Rosemary Charnley, Enviroserve, Spear Properties, BJS Trust, KMS Realty Trust, Exchange Management, Kathy Spear, 128 Beech Street, Holyoke, and 183 Suffolk Street, Holyoke.

**IN LIEU OF A PERSONAL APPEARANCE, COPIES OF THESE RECORDS MAY BE MAILED WITH A LETTER CERTIFYING THAT SAME ARE TRUE AND CORRECT COPIES OF ALL REPORTS AND RECORDS ON FILE.**

**HEREOF FAIL NOT AS YOU WILL ANSWER YOUR DEFAULT UNDER THE PAINS AND PENAL PENALTIES IN THE LAW IN THAT BEHALF MADE AND PROVIDED.**

Dated: 8/30/04

*[signature]*
Edmund P. Daley
BBO #112500
Benjamin Hiller
BBO #234660
Moquin & Daley
388 Commonwealth Avenue
Boston, MA 02215
617-536-0606

*[signature]*
NOTARY PUBLIC
My Commission Expires:
10/15/04



**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 8/30/04   *[signature]*

<div style="text-align:center">

**MOQUIN & DALEY**
ATTORNEYS AT LAW
388 COMMONWEALTH AVENUE
BOSTON, MASSACHUSETTS 02215

</div>

EDMUND P. DALEY
RICHARD C. MOQUIN*
THOMAS W. BRAUN
TERRENCE J. DALEY
BENJAMIN R. HILLER
THEODORE R. WHITTENBURG
JOANNE C. LOCKE
EDWARD H. MOQUIN*
ELIZABETH R. JONES*
EUGENE D. LOO*
JONI N. ESPERIAN
MARGARET PRESCOTT*

TEL 617-536-0606
FAX 617-421-9153
MA 800-457-1006

JOHN A. DURKIN
OF COUNSEL
―――
*NH ONLY

August 30, 2004

Keeper of Records
Chaffee-Helliwell Insurance
360 Dwight Street
Holyoke, MA 01040

RE:   <u>Heredia et al v. Spear et al</u>
      Hampden Housing Court C.A. No. 02-CV-0001

Dear Sir or Madam,

      We represent the defendants, Neisha Marie Cintron and Luzmayra Heredia, in the above-referenced action. Attached to this letter is a subpoena requiring you to produce documents relating to Maurice Spear, Rosemary Charnley, Enviroserve, Spear Properties, BJS Trust, KMS Realty Trust, Exchange Management, Kathy Spear, 128 Beech Street, Holyoke, and 183 Suffolk Street, Holyoke. The date of this deposition is September 13, 2004 at 10:00 am at our offices. **However, we will not require your actual appearance at the deposition if you provide us with a copy of the records.**

      Please contact me upon receipt of the subpoena if you have any questions or comments concerning the subpoena or the contents of this letter.

      Thank you for your attention to this matter.

<div style="margin-left:50%">

Very Truly Yours,

*[signature]*
Benjamin Hiller

</div>

CC:   Michael Moriarty, Esq.
      Samuel Furgang, Esq.

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                HOUSING COURT DEPARTMENT
                                            CIVIL ACTION NO. 02-CV-0001

NEISHA MARIE CINTRON and        )
LUZMAYRA HEREDIA, ppa           )
OLGA HEREDIA                    )
Plaintiffs                      )
                                )
                                )           **M.R.C.P.**
V.                              )           **RULE 30(A) AND RULE 45**
                                )
MAURICE SPEAR, LINDA SPEAR and  )
ROSEMARY CHARNLEY, Individually )
and as Trustee of BJS NOMINEE TRUST )
Defendants

To:     Keeper of Records
        Chaffee-Helliwell Insurance
        360 Dwight Street
        Holyoke, MA 01040

GREETINGS:

**YOU ARE HEREBY COMMANDED** in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendants, Neisha Marie Cintron and Luzmayra Heredia, before a Notary Public of the Commonwealth of Massachusetts, at the office of **MOQUIN AND DALEY**, Attorney **Benjamin Hiller**, No. **388 Commonwealth Avenue**, in the city of **Boston**, on **September 13, 2004**, at **12:00 am**, and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

*And you are further required to bring with you any and all documents that relate in any way to Maurice Spear, Rosemary Charnley, Enviroserve, Spear Properties, BJS Trust, KMS Realty Trust, Exchange Management, Kathy Spear, 128 Beech Street, Holyoke, and 183 Suffolk Street, Holyoke.

**IN LIEU OF A PERSONAL APPEARANCE, COPIES OF THESE RECORDS MAY BE MAILED WITH A LETTER CERTIFYING THAT SAME ARE TRUE AND CORRECT COPIES OF ALL REPORTS AND RECORDS ON FILE.**

**HEREOF FAIL NOT AS YOU WILL ANSWER YOUR DEFAULT UNDER THE PAINS AND PENAL PENALTIES IN THE LAW IN THAT BEHALF MADE AND PROVIDED.**

Dated: 8/31/04

_____
Edmund P. Daley
BBO #112500
Benjamin Hiller
BBO #234660
Moquin & Daley
388 Commonwealth Avenue
Boston, MA 02215
617-536-0606

_____
NOTARY PUBLIC
My Commission Expires:
10/15/04



**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand.

Date: 8/30/04   _____