UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEISHA MARIE CINTRON and <br> LUZMAYRA HEREDIA, ppa <br> OLGA HEREDIA, <br>     Plaintiffs <br><br> v. <br><br> MAURICE SPEAR, LINDA SPEAR and <br> ROSEMARY CHARNLEY, Individually <br> And as Trustee of BJS Nominee Trust, <br>     Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO: 04 CV 12002 RGS |

## PLAINTIFFS' SUPPLEMENTAL MOTION FOR REMAND

The plaintiff files this motion as a supplement to her Motion for Remand filed September 29, 2004.

1. 28 U.S.C. § 1446 (b) requires that a Notice of Removal be filed within thirty days of receipt by the defendant of service.

2. In her Notice of Removal, the defendant, Rosemary Charnley, alleges that she has complied with this requirement (See ¶ 9 of Notice of Removal).

3. As set forth in the enclosed Proof of Service of Process, in hand service was made July 21, 2004. The Notice of Removal was not filed until September 15, 2004, which is well in excess of thirty days.

For the forgoing reasons, and those set forth in Plaintiff's Motion for Remand, this case should be remanded to the Commonwealth of Massachusetts Housing Court, Department for Hampden County.

- 2 -

Respectfully submitted,
The plaintiffs
By their attorneys,

*[signature]*

Benjamin Hiller
BBO # 234660
Theodore R. Whittenburg
BBO # 560135
Moquin & Daley
388 Commonwealth Avenue
Boston, MA 02215
(617) 536-0606

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 10/18/04   *[signature]*

- 2 -