

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152



TO: Hampden Housing Ct
Springfield MA

RE:
CIVIL ACTION #. 04-12002 RGS
CRIMINAL #.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ 10/25/04 by the Honorable Richard G Stearns.

The following documents are included in our file and transmitted herewith:

(✓) Certified copy of the docket entries;

(✓) Certified copy of the transferral order;

(✓) Original documents numbered _____

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date: 11/3/04        By: Elaine Flaherty
                          Deputy Clerk

cc: Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number:_____.

By:_____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)