UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEISHA MARIE CINTRON and<br>LUZMAYRA HEREDIA, ppa<br>OLGA HEREDIA,<br>   Plaintiffs<br><br>v.<br><br>MAURICE SPEAR, LINDA SPEAR and<br>ROSEMARY CHARNLEY, Individually<br>And as Trustee of BJS Nominee Trust,<br>   Defendants | *<br>*<br>*<br>*  CIVIL ACTION<br>*  NO: 04 CV 12002 RGS<br>*<br>*<br>*<br>*<br>*<br>* |

FILED
CLERKS OFFICE

2004 NOV -2 P 1:28

DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS

The plaintiffs hereby move for sanctions and costs against John Regan, counsel for defendant Rosemary Charnley, for violations of Rule 11 of the Federal Rules of Civil Procedure.

In support of this motion, the plaintiffs state that said defense counsel improperly filed a Notice of Removal on the basis of diversity jurisdiction, alleging his client resides in the State of Maine while the plaintiffs reside in Massachusetts. However, the other two defendants in this case also reside in Massachusetts. In order for removal to be valid, each defendant must reside in a separate state from each plaintiff. See, Lee v. American National Ins. Co., 260 F. 3rd 997, 1004 (9th Cir. 2001); Strawbridge v. Curtis, 7 U.S. ( 3 Cranch) 267, 2 L.Ed 435 (1806); 28 U.S.C. § 1441(b).

The law requiring diversity of citizenship among the plaintiffs and all defendants is clear and unambiguous, and was pointed out to Attorney Regan in the September 20, 2004, correspondence of plaintiffs' counsel. (Correspondence of Attorney Benjamin Hiller to John J. Regan, attached as Exhibit 1).

In light of the existing law, Attorney Regan's original filing of the Removal and subsequent failure to withdraw the Notice of Removal or take any steps to remand the case constitutes a Rule 11 violation, as pursuant to Section (b) (1).

WHEREFORE, the plaintiffs seek reasonable attorneys' fees and costs associated with the Motion for Remand of this matter, and request leave to submit an accounting of his fees and costs at an appropriate time.

## REQUEST FOR ORAL ARGUMENT

The plaintiffs request a hearing on this matter.

Respectfully submitted,
The plaintiffs
By their attorneys,

Benjamin Hiller
BBO # 234660
Theodore R. Whittenburg
BBO # 560135
Moquin & Daley
388 Commonwealth Avenue
Boston, MA 02215
(617) 536-0606

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: _____

2

**EXHIBIT 1**
ALL-STATE LEGAL SUPPLY CO.

## MOQUIN & DALEY
### ATTORNEYS AT LAW
### 388 COMMONWEALTH AVENUE
### BOSTON, MASSACHUSETTS 02215

EDMUND P. DALEY
RICHARD C. MOQUIN*
THOMAS W. BRAUN
TERRENCE J. DALEY
BENJAMIN R. HILLER
THEODORE R. WHITTENBURG
JOANNE C. LOCKE
EDWARD H. MOQUIN*
ELIZABETH R. JONES*
EUGENE D. LOO*
JONI N. ESPERIAN
MARGARET PRESCOTT*

TEL 617-536-0606
FAX 617-421-9153
MA 800-457-1006

JOHN A. DURKIN
OF COUNSEL

*NH ONLY

September 20, 2004

*Via Fax and Mail*

John J. Regan, Esq.
Dolan & Regan
10 Chestnut Street
Peabody, MA 01960

RE:   Cintron et al v. Spear et al
      Hampden Housing Court, C.A. No 02CV0001

Dear Attorney Regan:

I am in receipt of your Notice of Removal in the above captioned case. Your removal of this case, purportedly based on "diversity," is improper. As set forth in <u>Lee v. American National Insurance Company</u> 260 F 3rd 997, 1004 (9th Cir 2001), and many similar cases, <u>all</u> of the plaintiffs must have different states of residence than <u>all</u> of the defendants. For two hundred years, the diversity statute has required that "each plaintiff must be diverse from each defendant."

I would suggest that you withdraw your motion and do whatever else is necessary to remand this case to the Housing Court in Springfield. Should you fail to do so, because this issue is so clear cut, I will file a Motion for Remand and ask the court for the costs associated with said motion. Pursuant to Rule 11, I believe the Court would likely impose its own sanctions.

Please let me know your intentions no later than the end of the week.

Very truly yours,

Benjamin R. Hiller

BRH/am
cc: Michael J. Moriarty, Esq.

226 COOLIDGE AVENUE, MANCHESTER, NH 03102
TEL. 603-669-9400 - FAX 603-669-3122 - NH ONLY 800-426-0660