**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEISHA MARIE CINTRON and | ) |
| LUZMAYRA HEREDIA, ppa | ) |
| OLGA HEREDIA, | ) |
|     Plaintiffs | ) |
| v. | ) |
| | ) |
| MAURICE SPEAR, LINDA SPEAR and | ) |
| ROSEMARY CHARNLEY, Individually | ) |
| And as Trustee of BJS Nominee Trust, | ) |
|     Defendants | ) |
| | ) |

CIVIL ACTION
NO: 04 CV 12002 RGS

## DEFENDANT ROSEMARY CHARNLEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS

The defendant, Rosemary Charnley, and her attorney hereby oppose the plaintiffs' motion for sanctions. As grounds, the defendant and counsel incorporate herein by reference the defendant's opposition to the plaintiff's motion for remand. As stated in the said opposition, the defendant, a citizen of the State of Maine, sought only to avail herself of the jurisdiction of this Court as an alternative forum, where her citizenship is diverse from that of the plaintiff. There was no improper purpose such as harassment or delay.

The legal contentions, as detailed in defendant's opposition to the motion for remand, are warranted by existing law and/or extensions thereof. The defendant's position and arguments are not frivolous.

The plaintiff's motion fails to state any valid basis for sanctions. The mere allowance of the motion for remand does not constitute as grounds for the plaintiff's motion, nor does a good faith disagreement between counsel.

For the reasons stated above and in the Defendant's Opposition to the Motion for Remand, the Court should deny the plaintiff's motion for sanctions and the defendant and

her attorney respectfully ask that this Court so rule.

By her attorney,

John J. Regan
BBO #544720
Dolan & Regan
10 Chestnut Street
Peabody, MA 01960-5404
Tel: (978) 538-9500

## CERTIFICATE OF SERVICE

I, John J. Regan, attorney for the Defendant, Rosemary Charnley, in the above-entitled civil action, hereby certify that on November 4, 2004, I served the within DEFENDANT ROSEMARY CHARNLEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS on the Plaintiffs by mailing a copy of same, postage prepaid, to her counsel-of-record, viz., Benjamin Hiller, Esq., Moquin & Daley, 388 Commonwealth Avenue, Boston, Massachusetts 02215.

John J. Regan

2

# EXHIBIT 1