UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12002-RGS

NEISHA MARIE CINTRON, et al.

v.

MAURICE SPEAR, et al.

<u>ORDER</u>

December 13, 2004

STEARNS, D.J.

On October 25, 2004, the court granted plaintiffs' motion to remand and the case was thereafter returned to the Hampden County Housing Court. On November 2, 2004, plaintiffs filed a motion seeking sanctions against defendants' counsel for filing the original notice of removal. The case having been remanded to the Housing Court, this court no longer has jurisdiction and the motion for sanctions is <u>MOOT</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE