UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEISHA MARIE CINTRON and<br>LUZMAYRA HEREDIA, ppa<br>OLGA HEREDIA,<br>    Plaintiffs<br><br>v.<br><br>MAURICE SPEAR, LINDA SPEAR and<br>ROSEMARY CHARNLEY, Individually<br>And as Trustee of BJS Nominee Trust,<br>    Defendants | * * * * * * * * * * * | CIVIL ACTION<br>NO: 04 CV 12002 RGS |

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF DECEMBER 13, 2004

On October 25, 2004, the court granted plaintiffs' motion to remand and the case was thereafter returned to the Hampden County Housing Court. On November 2, 2004, plaintiffs filed a motion seeking sanctions against defendants' counsel for filing the original notice of removal. On December 13, 2004 the court found that, the case having been remanded to the Housing Court, this court no longer had jurisdiction and the motion for sanctions was moot.

Based on the holding of the 1st Circuit Court of Appeals in <u>Unanue-Casal v. Unanue-Casal</u> 898 F2d 839, 841 (1st Cir 1990)[1], the plaintiffs would respectfully suggest that the Motion for Sanctions is not moot and this court would retain jurisdiction of this case for the purpose of deciding the Motion for Sanctions.

WHEREFORE, this court should decide plaintiffs' Motion for Sanctions and grant said motion.

---

[1] Plaintiffs cited this case in the October 29, 2004 cover letter accompanying the Motion for Sanctions but not in the body of the motion.

By plaintiffs' attorney,

*[signature]*

Benjamin Hiller
Moquin & Daley
388 Commonwealth Avenue
Boston, MA 02215
(617) 536-0606

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 12/15/04   *[signature]*

2